# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA

DEFT: ULTHA DANIELLE ACCIME (J)#   CASE NO: 10-80089-CR-WPD

AUSA: Ellen Cohen  *Present*   ATTY: _____

AGENT: _____   VIOL: 18:1014,2

PROCEEDING: INITIAL APPEARANCE   RECOMMENDED BOND: 150,000-10% Cash

BOND HEARING HELD (yes/ no)   COUNSEL APPOINTED: _____

BOND SET @: $150,000 -10% Cash  To be cosigned by: Mother
$150,000 PSB

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☑ Surrender and / or do not obtain passports / travel documents. *Surrender passport w/in 24 hrs of release*
- ☑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☑ Travel extended to: SD/FL
- ☐ Halfway House _____

Δ - Advised of charge
Δ - has an atty.
Henry Marines
Miami
305-412-4443

| | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: INQUIRY RE COUNSEL: | 6-29-10 | 10:00 | Snow | V |
| BOND HEARING: ARRAIGN.: | 6-29-10 | 10:00 | Snow | V |
| STATUS CONFERENCE: | | | | |

DATE: 6-25-10   TIME: 1:00pm   FTL/LSS TAPE #10 - 35   Begin: _____   End: 3
DAR 13 14 57

10 mins