UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,	CASE NO.  10-80089-CR-DIMITROULEAS

    Plaintiff,

vs.

ULTHA DANIELLE ACCIME,

    Defendant.
_____/

**ORDER DENYING WITHOUT PREJUDICE**
**UNOPPOSED MOTION TO CONTINUE TRIAL**

    THIS CAUSE came on to be heard on Defendant, Ultha Accime's July 22, 2010, Unopposed Motion to Continue Trial [DE-18], and the Court having reviewed said motion, it is hereby

    ORDERED AND ADJUDGED that the Unopposed Motion to Continue Trial [DE-18], is Denied, without prejudice to renew at the Calendar Call, being held on August 11, 2010 at 8:30 A.M. at the Miami Federal Courthouse, Ferguson Building, Courtroom 12-3.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of July, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Ellen Cohen, AUSA

Henry E. Marines, P.A.

Case 9:10-cr-80089-WPD   Document 19   Entered on FLSD Docket 07/23/2010   Page 2 of 2