UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 10-80089-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

ULTHA D. ACCIME,

         Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on July 27, 2010. At that conference, the parties informed the Court as follows:

1. The Government represented that it has complied with its obligations under the Standing Discovery Order. The Government further represented that there are no motions currently pending, that it is ready to proceed, and that this matter would require five days to try.

2. Defense counsel stated that he has received the Government's discovery response and that a plea disposition is possible.

DATED at Fort Lauderdale, Florida this ____ day of July 2010.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Ellen Cohen, Esq.
Assistant United States Attorney

Henry Marines, Esq.
Attorney for Defendant Ultha D. Accime