UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 10-80089-CR-DIMITROULEAS
      Plaintiff,

vs.

ULTHA DANIELLE ACCIME

      Defendant,
_____

### ORDER GRANTING CONTINUANCE

This matter having come before the Court on August, 11, 2010 on Defendant's Motion for continuance. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing September 13, 2010 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **COUNSEL AND DEFENDANT(S) shall report to a Calendar Call** to be held on **FRIDAY, SEPTEMBER 10, 2010, at 9:00** .AM. o'clock. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this 11th day of August 2010.

                                      WILLIAM P. DIMITROULEAS
                                      United States District Judge

cc:    Ellen Cohen, AUSA
       Henry Marines, Esq.